UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMIAN WHEELER,

    Plaintiff,

CASE NO. 18-CV-10346
v.     HON. GEORGE CARAM STEEH

RICHARD BILLINGSLEA, ET AL,

    Defendants.
_____/

## ORDER DENYING MOTION FOR ALTERNATE SERVICE (Doc. 10)

Plaintiff Damian Wheeler has filed an ex parte motion for alternative service on Defendant Officer Richard Billingslea in this 42 U.S.C. § 1983 suit. Plaintiff seeks leave by certified mail, first class mail, or posting. Plaintiff does not need leave of court to serve Defendant by certified mail which is authorized under Mich. Ct. R. 2.105(A)(2). Accordingly, Plaintiff's motion for alternate service (Doc. 10) is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: May 22, 2018

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 22, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk